HELEN MARIE WATSON, Respondent, v. EDGAR W. WATSON, Appellant.— Motion for stay pending determination of appeal from the allowance of counsel fee granted, and case set down for the first day of the November term, unless plaintiff stipulate to reduce the sum allowed as counsel fee to $200, and defendant pay the same within ten days.· In the event that plaintiff does so stipulate, and defendant fails to pay within ten days, the

motion is denied.   Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.